**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| TERRY DeVOS, ADMINISTRATRIX OF THE ESTATE OF PATRICK BUTCHER<br><br>AND<br><br>SHELBY BUTCHER, AS MOTHER AND GUARDIAN OF PATRICK BUTCHER'S SOLE SURVIVING CHILD B.B.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL DeMARCO, et al.,<br><br>Defendants. | CASE NO.: 1:22-cv-01560<br><br>JUDGE J. PHILIP CALABRESE<br><br>**DEFENDANTS, SUMMIT PSYCHOLOGICAL ASSOCIATES, RUTHANN PAULUS-BLAND AND JAMIE GIGLIO'S ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>**(Jury Demand Endorsed Hereon)** |

Now comes Defendants, Summit Psychological Associates, Ruthann Paulus-Bland and Jamie Giglio (hereinafter "Defendants"), by and through the undersigned counsel, and for their Answer to Plaintiffs' Complaint state as follows:

1. Defendants deny the allegations set forth in Paragraph 1 of Plaintiffs' Complaint.

2. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 2 of Plaintiffs' Complaint.

3. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 3 of Plaintiffs' Complaint.

4. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 4 of Plaintiffs' Complaint.

5. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 5 of Plaintiffs' Complaint.

6. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 6 of Plaintiffs' Complaint.

7. Defendants admit the allegations set forth in Paragraph 7 of Plaintiffs' Complaint.

8. Defendants admit the allegations set forth in Paragraph 8 of Plaintiffs' Complaint.

9. Defendants admit the allegations set forth in Paragraph 9 of Plaintiffs' Complaint.

10. Defendants deny that their actions taken under color of law deprived Mr. Butcher of his civil rights guaranteed to him by the Constitution and federal law, but admit to the remaining allegations set forth in Paragraph 10 of Plaintiffs' Complaint.

11. Defendants admit the Court has personal jurisdiction over these answering Defendants, but denies for lack of knowledge the remaining allegations set forth in Paragraph 11 of Plaintiffs' Complaint.

12. Defendants admit that venue is proper as to these answering Defendants, but denies for lack of knowledge the remaining allegations set forth in Paragraph 12 of Plaintiffs' Complaint.

13. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 13 of Plaintiffs' Complaint.

14. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 14 of Plaintiffs' Complaint.

15. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 15 of Plaintiffs' Complaint.

16. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 16 of Plaintiffs' Complaint.

17. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 17 of Plaintiffs' Complaint.

18. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 18 of Plaintiffs' Complaint.

19. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 19 of Plaintiffs' Complaint.

20. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 20 of Plaintiffs' Complaint.

21. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 21 of Plaintiffs' Complaint.

22. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 22 of Plaintiffs' Complaint.

23. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 23 of Plaintiffs' Complaint.

24. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 24 of Plaintiffs' Complaint.

25. Defendants deny the allegations set forth in Paragraph 25 of Plaintiffs' Complaint.

26. Defendants admit that during the intake assessment at the Jail on June 4, 2020, Mr. Butcher reported a history of mental illness and mental health treatment, and admit Mr. Butcher advised that he was prescribed Seroquel and Cymbalta, but deny for lack of knowledge the remaining allegations set forth in Paragraph 26 of Plaintiff's Complaint.

27. Defendants admit the allegations set forth in Paragraph 27 of Plaintiffs' Complaint.

28. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 28 of Plaintiffs' Complaint.

29. Defendants admit the allegations set forth in Paragraph 29 of Plaintiffs' Complaint.

30. Defendants admit the allegations set forth in Paragraph 30 of Plaintiffs' Complaint.

31. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 31 of Plaintiffs' Complaint.

32. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 32 of Plaintiffs' Complaint.

33. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 33 of Plaintiffs' Complaint.

34. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 34 of Plaintiffs' Complaint.

35. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 35 of Plaintiffs' Complaint.

36. Defendants deny the allegations set forth in Paragraph 36 of Plaintiffs' Complaint.

37. Defendants admit the allegations set forth in Paragraph 37 of Plaintiffs' Complaint.

38. Defendants admit the allegations set forth in Paragraph 38 of Plaintiffs' Complaint.

39. Defendants admit the allegations set forth in Paragraph 39 of Plaintiffs' Complaint.

40. Defendants admit Patrick was seen by Dr. Kimmel on July 6, 2020, but deny for lack of knowledge the remaining allegations set forth in Paragraph 40 of Plaintiffs' Complaint.

41. Defendants admit the allegations set forth in Paragraph 41 of Plaintiffs' Complaint.

42. Defendants admit the allegations set forth in Paragraph 42 of Plaintiffs' Complaint.

43. Defendants admit the allegations set forth in Paragraph 43 of Plaintiffs' Complaint.

44. Defendants deny such a kite was sent July 17, but admit the remaining allegations set forth in Paragraph 44 of Plaintiffs' Complaint.

45. Defendants admit on July 17, 2020 Dr. Kimmel ordered Mr. Butcher's Cymbalta increased to 60 mg. QAM, but deny for lack of knowledge the remaining allegations set forth in Paragraph 45 of Plaintiffs' Complaint.

46. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 46 of Plaintiffs' Complaint.

47. Defendants admit Dr. Kimmel ordered Seroquel 200 mg. to be stopped, but deny for lack of knowledge the remaining allegations set forth in Paragraph 47 of Plaintiffs' Complaint.

48. Defendants deny for lack of the knowledge the allegations set forth in Paragraph 48 of Plaintiffs' Complaint.

49. Defendants admit Mr. Butcher sent these kites at these times but deny due to the vagueness of the allegations the remaining allegations set forth in Paragraph 49 of Plaintiffs' Complaint.

50. Defendants admit the allegations set forth in Paragraph 50 of Plaintiffs' Complaint.

51. Defendants admit the allegations set forth in Paragraph 51 of Plaintiffs' Complaint.

52. Defendants admit the allegations set forth in Paragraph 52 of Plaintiffs' Complaint.

53. Defendants deny the allegations set forth in Paragraph 53 of Plaintiffs' Complaint.

54. Defendants deny the allegations set forth in Paragraph 54 of Plaintiffs' Complaint.

55. Defendants admit these kite communications were made on the dates alleged, but deny for lack of knowledge the remaining allegations set forth in Paragraph 55 of Plaintiffs' Complaint.

56. Defendants admit that Dr. Kimmel saw Mr. Butcher on August 27, 2020, but deny for lack of knowledge the remaining allegations set forth in Paragraph 56 of Plaintiffs' Complaint.

57. Defendants deny the allegations set forth in Paragraph 57 of Plaintiffs' Complaint.

58. Defendants admit the allegations set forth in Paragraph 58 of Plaintiffs' Complaint.

59. Defendants admit Dr. Kimmel ordered Zyprexa 10 mg. and admit that Zyprexa may be taken orally, but deny for lack of knowledge the remaining allegations and/or due to vagueness the remaining allegations set forth in Paragraph 59 of Plaintiffs' Complaint.

60. Defendants admit the kite communications occurred on the dates and times alleged, but deny for lack of knowledge the remaining allegations set forth in Paragraph 60 of Plaintiffs' Complaint.

61. Defendants deny for lack of knowledge the allegations set forth in Paragraph 61 of Plaintiffs' Complaint.

62. Defendants deny for lack of knowledge the allegations set forth in Paragraph 62 of Plaintiffs' Complaint.

63. Defendants deny for lack of knowledge the allegations set forth in Paragraph 63 of Plaintiffs' Complaint.

64. Defendants deny for lack of knowledge the allegations set forth in Paragraph 64 of Plaintiffs' Complaint.

65. Defendants deny for lack of knowledge the allegations set forth in Paragraph 65 of Plaintiffs' Complaint.

66. Defendants deny for lack of knowledge the allegations set forth in Paragraph 66 of Plaintiffs' Complaint.

67. Defendants deny for lack of knowledge the allegations set forth in Paragraph 67 of Plaintiffs' Complaint.

68. Defendants deny for lack of knowledge the allegations set forth in Paragraph 61 of Plaintiffs' Complaint.

69. Defendants deny for lack of knowledge the allegations set forth in Paragraph 69 of Plaintiffs' Complaint.

70. Defendants deny for lack of knowledge the allegations set forth in Paragraph 70 of Plaintiffs' Complaint.

71. Defendants deny for lack of knowledge the allegations set forth in Paragraph 71 of Plaintiffs' Complaint.

72. Defendants deny for lack of knowledge the allegations set forth in Paragraph 72 of Plaintiffs' Complaint.

73. Defendants deny for lack of knowledge the allegations set forth in Paragraph 73 of Plaintiffs' Complaint.

74. Defendants deny for lack of knowledge the allegations set forth in Paragraph 74 of Plaintiffs' Complaint.

75. Defendants deny for lack of knowledge the allegations set forth in Paragraph 75 of Plaintiffs' Complaint.

76. Defendants deny for lack of knowledge the allegations set forth in Paragraph 76 of Plaintiffs' Complaint.

77. Defendants deny for lack of knowledge the allegations set forth in Paragraph 77 of Plaintiffs' Complaint.

78. Defendants deny for lack of knowledge the allegations set forth in Paragraph 78 of Plaintiffs' Complaint.

79. Defendants deny for lack of knowledge the allegations set forth in Paragraph 79 of Plaintiffs' Complaint.

80. Defendants deny for lack of knowledge the allegations set forth in Paragraph 80 of Plaintiffs' Complaint.

81. Defendants deny for lack of knowledge the allegations set forth in Paragraph 81 of Plaintiffs' Complaint.

82. Defendants deny for lack of knowledge the allegations set forth in Paragraph 82 of Plaintiffs' Complaint.

83. Defendants deny for lack of knowledge the allegations set forth in Paragraph 83 of Plaintiffs' Complaint.

84. Defendants deny for lack of knowledge the allegations set forth in Paragraph 84 of Plaintiffs' Complaint.

85. Defendants deny for lack of knowledge the allegations set forth in Paragraph 85 of Plaintiffs' Complaint.

86. Defendants deny for lack of knowledge the allegations set forth in Paragraph 86 of Plaintiffs' Complaint.

87. Defendants deny for lack of knowledge the allegations set forth in Paragraph 87 of Plaintiffs' Complaint.

88. Defendants deny for lack of knowledge the allegations set forth in Paragraph 88 of Plaintiffs' Complaint.

89. Defendants deny for lack of knowledge the allegations set forth in Paragraph 89 of Plaintiffs' Complaint.

90. Defendants deny for lack of knowledge the allegations set forth in Paragraph 90 of Plaintiffs' Complaint.

91. Defendants deny for lack of knowledge the allegations set forth in Paragraph 91 of Plaintiffs' Complaint.

92. Defendants deny for lack of knowledge the allegations set forth in Paragraph 92 of Plaintiffs' Complaint.

93. Defendants admit the allegations set forth in Paragraph 93 of Plaintiffs' Complaint.

94. Defendants deny the allegations set forth in Paragraph 94 of Plaintiffs' Complaint due to the vagueness of the allegations.

95. Defendants deny for lack of knowledge the allegations set forth in Paragraph 95 of Plaintiffs' Complaint.

96. Defendants deny for lack of knowledge the allegations set forth in Paragraph 96 of Plaintiffs' Complaint.

97. Defendants admit the allegations set forth in Paragraph 97 of Plaintiffs' Complaint.

98. Defendants admit Ms. Giglio was not licensed under her name by the Ohio Board of Psychology, but deny for lack of knowledge the remaining allegations set forth in Paragraph 98 of Plaintiffs' Complaint.

99. Defendants deny the allegations set forth in Paragraph 99 of Plaintiffs' Complaint due to the vagueness of the allegations.

100. Defendants admit the allegations set forth in Paragraph 100 of Plaintiffs' Complaint.

101. Defendants deny for lack of knowledge the allegations set forth in Paragraph 101 of Plaintiffs' Complaint.

102. Defendants deny for lack of knowledge the allegations set forth in Paragraph 102 of Plaintiffs' Complaint.

103. Defendants admit the allegations set forth in Paragraph 103 of Plaintiffs' Complaint.

104. Defendants admit the records reflect the quoted allegations, but deny the remaining allegations set forth in Paragraph 104 of Plaintiffs' Complaint due to the vagueness of the allegations.

105. Defendants deny the allegations set forth in Paragraph 105 of Plaintiffs' Complaint.

106. Defendants admit the records reflect the quoted allegations, but deny the remaining allegations set forth in Paragraph 106 of Plaintiffs' Complaint.

107. Defendants admit the records reflect the quoted allegations, but deny the remaining allegations set forth in Paragraph 107 of Plaintiffs' Complaint.

108. Defendants admit the records reflect the quoted allegations, but deny the remaining allegations set forth in Paragraph 108 of Plaintiffs' Complaint.

109. Defendants deny the allegations set forth in Paragraph 109 of Plaintiffs' Complaint due to lack of knowledge and/or the vagueness of the allegations.

110. Defendants admit the allegations set forth in Paragraph 110 of Plaintiffs' Complaint.

111. Defendants admit the allegations set forth in Paragraph 111 of Plaintiffs' Complaint.

112. Defendants deny the allegations set forth in Paragraph 112 of Plaintiffs' Complaint due to the vagueness of the allegations.

113. Defendants deny for lack of knowledge the allegations set forth in Paragraph 113 of Plaintiffs' Complaint.

114. Defendants deny for lack of knowledge the allegations set forth in Paragraph 114 of Plaintiffs' Complaint.

115. Defendants deny for lack of knowledge the allegations set forth in Paragraph 115 of Plaintiffs' Complaint.

116. Defendants deny for lack of knowledge the allegations set forth in Paragraph 116 of Plaintiffs' Complaint.

117. Defendants deny for lack of knowledge the allegations set forth in Paragraph 117 of Plaintiffs' Complaint.

118. Defendants deny for lack of knowledge the allegations set forth in Paragraph 118 of Plaintiffs' Complaint.

119. Defendants deny for lack of knowledge the allegations set forth in Paragraph 119 of Plaintiffs' Complaint.

120. Defendants deny for lack of knowledge the allegations set forth in Paragraph 120 of Plaintiffs' Complaint.

121. Defendants deny for lack of knowledge the allegations set forth in Paragraph 121 of Plaintiffs' Complaint.

122. Defendants deny for lack of knowledge the allegations set forth in Paragraph 122 of Plaintiffs' Complaint.

123. Defendants deny for lack of knowledge the allegations set forth in Paragraph 123 of Plaintiffs' Complaint.

124. Defendants deny for lack of knowledge the allegations set forth in Paragraph 124 of Plaintiffs' Complaint.

125. Defendants deny for lack of knowledge the allegations set forth in Paragraph 125 of Plaintiffs' Complaint.

126. Defendants deny for lack of knowledge the allegations set forth in Paragraph 126 of Plaintiffs' Complaint.

127. Defendants deny for lack of knowledge the allegations set forth in Paragraph 127 of Plaintiffs' Complaint.

128. Defendants deny for lack of knowledge the allegations set forth in Paragraph 128 of Plaintiffs' Complaint.

129. Defendants deny for lack of knowledge the allegations set forth in Paragraph 129 of Plaintiffs' Complaint.

130. Defendants deny for lack of knowledge the allegations set forth in Paragraph 130 of Plaintiffs' Complaint.

131. Defendants deny for lack of knowledge the allegations set forth in Paragraph 131 of Plaintiffs' Complaint.

132. Defendants deny for lack of knowledge the allegations set forth in Paragraph 132 of Plaintiffs' Complaint.

133. Defendants deny for lack of knowledge the allegations set forth in Paragraph 133 of Plaintiffs' Complaint.

134. Defendants deny for lack of knowledge the allegations set forth in Paragraph 134 of Plaintiffs' Complaint.

135. Defendants deny for lack of knowledge the allegations set forth in Paragraph 135 of Plaintiffs' Complaint.

136. Defendants deny for lack of knowledge the allegations set forth in Paragraph 136 of Plaintiffs' Complaint.

137. Defendants deny for lack of knowledge the allegations set forth in Paragraph 137 of Plaintiffs' Complaint.

138. Defendants deny for lack of knowledge the allegations set forth in Paragraph 138 of Plaintiffs' Complaint.

139. Defendants deny for lack of knowledge the allegations set forth in Paragraph 139 of Plaintiffs' Complaint.

140. Defendants deny for lack of knowledge the allegations set forth in Paragraph 140 of Plaintiffs' Complaint.

141. Defendants deny for lack of knowledge the allegations set forth in Paragraph 141 of Plaintiffs' Complaint.

142. Defendants deny for lack of knowledge the allegations set forth in Paragraph 142 of Plaintiffs' Complaint.

143. Defendants deny for lack of knowledge the allegations set forth in Paragraph 143 of Plaintiffs' Complaint.

144. Defendants deny for lack of knowledge the allegations set forth in Paragraph 144 of Plaintiffs' Complaint.

145. Defendants deny for lack of knowledge the allegations set forth in Paragraph 145 of Plaintiffs' Complaint.

146. Defendants deny for lack of knowledge the allegations set forth in Paragraph 146 of Plaintiffs' Complaint.

147. Defendants deny the allegations set forth in Paragraph 147 of Plaintiffs' Complaint.

148. Defendants deny the allegations set forth in Paragraph 148 of Plaintiffs' Complaint.

149. Defendants deny the allegations set forth in Paragraph 149 of Plaintiffs' Complaint.

150. Defendants deny for lack of knowledge the allegations set forth in Paragraph 150 of Plaintiffs' Complaint.

151. Defendants deny for lack of knowledge the allegations set forth in Paragraph 151 of Plaintiffs' Complaint.

152. Defendants deny for lack of knowledge the allegations set forth in Paragraph 152 of Plaintiffs' Complaint.

153. Defendants deny for lack of knowledge the allegations set forth in Paragraph 153 of Plaintiffs' Complaint.

154. Defendants deny for lack of knowledge the allegations set forth in Paragraph 154 of Plaintiffs' Complaint.

155. Defendants deny for lack of knowledge the allegations set forth in Paragraph 155 of Plaintiffs' Complaint.

156. Defendants deny for lack of knowledge the allegations set forth in Paragraph 156 of Plaintiffs' Complaint.

157. Defendants deny for lack of knowledge the allegations set forth in Paragraph 157 of Plaintiffs' Complaint.

158. Defendants deny for lack of knowledge the allegations set forth in Paragraph 158 of Plaintiffs' Complaint.

159. Defendants deny for lack of knowledge the allegations set forth in Paragraph 159 of Plaintiffs' Complaint.

160. Defendants deny for lack of knowledge the allegations set forth in Paragraph 160 of Plaintiffs' Complaint.

161. Defendants deny for lack of knowledge the allegations set forth in Paragraph 161 of Plaintiffs' Complaint.

162. Defendants deny for lack of knowledge the allegations set forth in Paragraph 162 of Plaintiffs' Complaint.

163. Defendants deny for lack of knowledge the allegations set forth in Paragraph 163 of Plaintiffs' Complaint.

164. Defendants deny for lack of knowledge the allegations set forth in Paragraph 164 of Plaintiffs' Complaint.

165. Defendants admit the allegations set forth in Paragraph 165 of Plaintiffs' Complaint.

166. Defendants deny for lack of knowledge the allegations set forth in Paragraph 166 of Plaintiffs' Complaint.

167. Defendants deny the allegations set forth in Paragraph 167 of Plaintiffs' Complaint due to the vagueness of the allegations.

168. Defendants admit that the person who died by suicide in 2020 before Ms. Butcher's death hanged himself with a sheet, but deny the remaining allegations set forth in Paragraph 168 of Plaintiffs' Complaint due to lack of knowledge and/or because the allegations are untrue.

169. Defendants admit the allegations set forth in Paragraph 169 of Plaintiffs' Complaint.

170. Defendants admit the allegations set forth in Paragraph 170 of Plaintiffs' Complaint.

171. Defendants admit the allegations set forth in Paragraph 171 of Plaintiffs' Complaint.

172. Defendants admit the allegations set forth in Paragraph 172 of Plaintiffs' Complaint.

173. Defendants admit the allegations set forth in Paragraph 173 of Plaintiffs' Complaint.

174. Defendants admit the allegations set forth in Paragraph 174 of Plaintiffs' Complaint.

175. Defendants admit the allegations set forth in Paragraph 175 of Plaintiffs' Complaint.

176. Defendants admit the allegations set forth in Paragraph 176 of Plaintiffs' Complaint.

177. Defendants admit the allegations set forth in Paragraph 177 of Plaintiffs' Complaint.

178. Defendants deny for lack of knowledge the allegations set forth in Paragraph 178 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

179. Defendants deny for lack of knowledge the allegations set forth in Paragraph 179 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

180. Defendants deny for lack of knowledge the allegations set forth in Paragraph 180 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

181. Defendants deny for lack of knowledge the allegations set forth in Paragraph 181 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

182. Defendants deny for lack of knowledge the allegations set forth in Paragraph 182 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

183. Defendants deny for lack of knowledge the allegations set forth in Paragraph 183 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

184. Defendants deny for lack of knowledge the allegations set forth in Paragraph 184 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit

Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

185. Defendants deny for lack of knowledge the allegations set forth in Paragraph 185 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

186. Defendants deny for lack of knowledge the allegations set forth in Paragraph 186 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

187. Defendants deny for lack of knowledge the allegations set forth in Paragraph 187 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

188. Defendants deny for lack of knowledge the allegations set forth in Paragraph 188 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

189. Defendants deny for lack of knowledge the allegations set forth in Paragraph 189 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

190. Defendants deny for lack of knowledge the allegations set forth in Paragraph 190 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

191. Defendants deny for lack of knowledge the allegations set forth in Paragraph 191 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

192. Defendants deny for lack of knowledge the allegations set forth in Paragraph 192 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

193. Defendants deny for lack of knowledge the allegations set forth in Paragraph 193 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

194. Defendants deny for lack of knowledge the allegations set forth in Paragraph 194 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

195. Defendants deny for lack of knowledge the allegations set forth in Paragraph 195 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit

Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

196. Defendants deny for lack of knowledge the allegations set forth in Paragraph 196 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

197. Defendants deny for lack of knowledge the allegations set forth in Paragraph 197 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

198. Defendants deny for lack of knowledge the allegations set forth in Paragraph 198 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

199. Defendants deny for lack of knowledge the allegations set forth in Paragraph 199 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

200. Defendants deny for lack of knowledge the allegations set forth in Paragraph 200 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

201. Defendants deny for lack of knowledge the allegations set forth in Paragraph 201 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

202. Defendants deny for lack of knowledge the allegations set forth in Paragraph 202 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

203. Defendants deny for lack of knowledge the allegations set forth in Paragraph 203 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

204. Defendants deny for lack of knowledge the allegations set forth in Paragraph 204 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

205. Defendants deny for lack of knowledge the allegations set forth in Paragraph 205 of Plaintiffs' Complaint. In addition, to the extent this individual was a patient or client of Summit Psychological Associates, Defendants are duty bound under personal privacy laws not to disclose responsive information.

206. Defendants deny the allegations set forth in Paragraph 206 of Plaintiffs' Complaint.

207. Defendants deny the allegations set forth in Paragraph 207 of Plaintiffs' Complaint.

208. Defendants deny for lack of knowledge the allegations set forth in Paragraph 208 of Plaintiffs' Complaint.

209. Defendants deny the allegations set forth in Paragraph 209 of Plaintiffs' Complaint.

210. Defendants deny for lack of knowledge the allegations set forth in Paragraph 210 of Plaintiffs' Complaint.

211. Defendants admit Mr. Butcher was diagnosed with psychiatric conditions and prescribed psychiatric medications, but deny for lack of knowledge the remaining allegations set forth in Paragraph 211 of Plaintiffs' Complaint.

212. Defendants deny for lack of knowledge the allegations set forth in Paragraph 212 of Plaintiffs' Complaint.

213. Defendants deny for lack of knowledge the allegations set forth in Paragraph 213 of Plaintiffs' Complaint.

214. Defendants deny the allegations set forth in Paragraph 214 of Plaintiffs' Complaint.

215. Defendants admit the allegations set forth in Paragraph 215 of Plaintiffs' Complaint.

216. Defendants admit the allegations set forth in Paragraph 216 of Plaintiffs' Complaint.

217. Defendants admit the allegations set forth in Paragraph 217 of Plaintiffs' Complaint.

218. Defendants admit the allegations set forth in Paragraph 218 of Plaintiffs' Complaint.

219. Defendants deny the allegations set forth in Paragraph 219 of Plaintiffs' Complaint due to the vagueness of the allegations.

220. Defendants admit the allegations set forth in Paragraph 220 of Plaintiffs' Complaint.

221. Defendants admit the allegations set forth in Paragraph 221 of Plaintiffs' Complaint.

222. Defendants admit the quoted contract terms are part of the contract, but deny the remaining allegations set forth in Paragraph 222 of Plaintiffs' Complaint.

223. Defendants deny the allegations set forth in Paragraph 223 of Plaintiffs' Complaint.

224. Defendants deny the allegations set forth in Paragraph 224 of Plaintiffs' Complaint.

225. Defendants admit the quoted contract terms are part of the contract, but deny the remaining allegations set forth in Paragraph 225 of Plaintiffs' Complaint.

226. Defendants admit the quoted contract terms are part of the contract, but deny the remaining allegations set forth in Paragraph 226 of Plaintiffs' Complaint.

227. Defendants admit the quoted contract terms are part of the contract, but deny the remaining allegations set forth in Paragraph 227 of Plaintiffs' Complaint.

228. Defendants admit the quoted contract terms are part of the contract, but deny the remaining allegations set forth in Paragraph 228 of Plaintiffs' Complaint.

229. Defendants deny the allegations set forth in Paragraph 229 of Plaintiffs' Complaint.

230. Defendants deny the allegations set forth in Paragraph 230 of Plaintiffs' Complaint.

231. Defendants deny the allegations set forth in Paragraph 231 of Plaintiffs' Complaint.

232. Defendants admit the allegations set forth in Paragraph 232 of Plaintiffs' Complaint.

233. Defendants admit the quoted contract terms are part of the contract, but deny the remaining allegations set forth in Paragraph 233 of Plaintiffs' Complaint.

234. Defendants deny the allegations set forth in Paragraph 234 of Plaintiffs' Complaint.

235. Defendants deny the allegations set forth in Paragraph 235 of Plaintiffs' Complaint.

236. Defendants admit the allegations set forth in Paragraph 236 of Plaintiffs' Complaint.

237. Defendants deny the allegations set forth in Paragraph 237 of Plaintiffs' Complaint.

238. Defendants deny the allegations set forth in Paragraph 238 of Plaintiffs' Complaint.

239. Defendants deny the allegations set forth in Paragraph 239 of Plaintiffs' Complaint.

240. Defendants deny the allegations set forth in Paragraph 240 of Plaintiffs' Complaint.

241. Defendants deny the allegations set forth in Paragraph 241 of Plaintiffs' Complaint.

242. Defendants deny for lack of knowledge the allegations set forth in Paragraph 242 of Plaintiffs' Complaint.

243. Defendants deny for lack of knowledge the allegations set forth in Paragraph 243 of Plaintiffs' Complaint.

244. Defendants deny for lack of knowledge the allegations set forth in Paragraph 244 of Plaintiffs' Complaint.

245. Defendants admit Summit Psychological Associates was CARF accredited, but deny the remaining allegations set forth in Paragraph 245 of Plaintiffs' Complaint.

246. Defendants deny for lack of knowledge the allegations set forth in Paragraph 246 of Plaintiffs' Complaint.

247. Defendants deny for lack of knowledge the allegations set forth in Paragraph 247 of Plaintiffs' Complaint.

248. Defendants deny for lack of knowledge the allegations set forth in Paragraph 248 of Plaintiffs' Complaint.

249. Defendants deny for lack of knowledge the allegations set forth in Paragraph 249 of Plaintiffs' Complaint.

250. Defendants deny for lack of knowledge the allegations set forth in Paragraph 250 of Plaintiffs' Complaint.

251. Defendants deny the allegations set forth in Paragraph 251 of Plaintiffs' Complaint.

252. Defendants deny the allegations set forth in Paragraph 252 of Plaintiffs' Complaint.

253. Defendants deny the allegations set forth in Paragraph 253 of Plaintiffs' Complaint.

254. Defendants deny for lack of knowledge the allegations set forth in Paragraph 254 of Plaintiffs' Complaint.

255. Defendants deny the allegations set forth in Paragraph 255 of Plaintiffs' Complaint due to the vagueness of the allegations.

256. Defendants deny the allegations set forth in Paragraph 256 of Plaintiffs' Complaint.

257. Defendants deny the allegations set forth in Paragraph 257 of Plaintiffs' Complaint.

258. Defendants deny the allegations set forth in Paragraph 258 of Plaintiffs' Complaint.

259. Defendants deny the allegations set forth in Paragraph 259 of Plaintiffs' Complaint.

260. Defendants deny the allegations set forth in Paragraph 260 of Plaintiffs' Complaint.

261. Defendants deny for lack of knowledge the allegations set forth in Paragraph 261 of Plaintiffs' Complaint.

262. Defendants deny the allegations set forth in Paragraph 262 of Plaintiffs' Complaint.

263. Defendants deny the allegations set forth in Paragraph 263 of Plaintiffs' Complaint.

264. Defendants deny the allegations set forth in Paragraph 264 of Plaintiffs' Complaint.

265. Defendants deny the allegations set forth in Paragraph 265 of Plaintiffs' Complaint.

266. Defendants deny the allegations set forth in Paragraph 266 of Plaintiffs' Complaint.

267. Defendants deny the allegations set forth in Paragraph 267 of Plaintiffs' Complaint.

268. Defendants deny the allegations set forth in Paragraph 268 of Plaintiffs' Complaint.

269. Defendants deny the allegations set forth in Paragraph 269 of Plaintiffs' Complaint.

270. Defendants deny the allegations set forth in Paragraph 270 of Plaintiffs' Complaint.

271. Defendants deny the allegations set forth in Paragraph 271 of Plaintiffs' Complaint.

272. Defendants deny the allegations set forth in Paragraph 272 of Plaintiffs' Complaint.

273. Defendants deny the allegations set forth in Paragraph 273 of Plaintiffs' Complaint.

274. Defendants deny the allegations set forth in Paragraph 274 of Plaintiffs' Complaint.

275. Defendants deny the allegations set forth in Paragraph 275 of Plaintiffs' Complaint due to the vagueness of the allegations.

276. Defendants deny the allegations set forth in Paragraph 276 of Plaintiffs' Complaint due to lack of knowledge and/or due to the vagueness of the allegations.

277. Defendants deny the allegations set forth in Paragraph 277 of Plaintiffs' Complaint.

278. Defendants deny for lack of knowledge the allegations set forth in Paragraph 278 of Plaintiffs' Complaint.

279. Defendants deny for lack of knowledge the allegations set forth in Paragraph 279 of Plaintiffs' Complaint.

280. Defendants deny for lack of knowledge the allegations set forth in Paragraph 280 of Plaintiffs' Complaint.

281. Defendants deny for lack of knowledge the allegations set forth in Paragraph 281 of Plaintiffs' Complaint.

282. Defendants deny for lack of knowledge the allegations set forth in Paragraph 282 of Plaintiffs' Complaint.

283. Defendants deny for lack of knowledge the allegations set forth in Paragraph 283 of Plaintiffs' Complaint.

284. Defendants deny the allegations set forth in Paragraph 284 of Plaintiffs' Complaint.

**CLAIM 1**
**WRONGFUL DEATH**

285. These answering Defendants neither admit nor deny allegations set forth in Paragraph 285 as to another Defendant. The allegations against these answering Defendants are denied.

286. Defendants incorporate by reference their responses to Paragraphs 1 through 285 of Plaintiffs' Complaint as if fully restated herein.

287. These answering Defendants neither admit nor deny allegations set forth in Paragraph 287 as to another Defendant. Any allegations set forth in Paragraph 287 as to these answering Defendants are denied.

288. These answering Defendants neither admit nor deny allegations set forth in Paragraph 288 as to another Defendant. Any allegations set forth in Paragraph 288 as to these answering Defendants are denied.

289. These answering Defendants neither admit nor deny allegations set forth in Paragraph 289 as to another Defendant. Any allegations set forth in Paragraph 289 as to these answering Defendants are denied.

290. These answering Defendants neither admit nor deny allegations set forth in Paragraph 290 as to another Defendant. Any allegations set forth in Paragraph 290 as to these answering Defendants are denied.

291. These answering Defendants neither admit nor deny allegations set forth in Paragraph 291 as to another Defendant. Any allegations set forth in Paragraph 291 as to these answering Defendants are denied.

292. These answering Defendants neither admit nor deny allegations set forth in Paragraph 292 as to another Defendant. Any allegations set forth in Paragraph 292 as to these answering Defendants are denied.

293. These answering Defendants neither admit nor deny allegations set forth in Paragraph 293 as to another Defendant. Any allegations set forth in Paragraph 293 as to these answering Defendants are denied.

294. These answering Defendants neither admit nor deny allegations set forth in Paragraph 294 as to another Defendant. Any allegations set forth in Paragraph 294 as to these answering Defendants are denied.

295. These answering Defendants neither admit nor deny allegations set forth in Paragraph 295 as to another Defendant. Any allegations set forth in Paragraph 295 as to these answering Defendants are denied.

296. These answering Defendants neither admit nor deny allegations set forth in Paragraph 296 as to another Defendant. Any allegations set forth in Paragraph 296 as to these answering Defendants are denied.

297. These answering Defendants neither admit nor deny allegations set forth in Paragraph 297 as to another Defendant. Any allegations set forth in Paragraph 297 as to these answering Defendants are denied.

298. These answering Defendants neither admit nor deny allegations set forth in Paragraph 298 as to another Defendant. Any allegations set forth in Paragraph 298 as to these answering Defendants are denied.

299. These answering Defendants neither admit nor deny allegations set forth in Paragraph 299 as to another Defendant. Any allegations set forth in Paragraph 299 as to these answering Defendants are denied.

300. These answering Defendants neither admit nor deny allegations set forth in Paragraph 300 as to another Defendant. Any allegations set forth in Paragraph 300 as to these answering Defendants are denied.

301. These answering Defendants neither admit nor deny allegations set forth in Paragraph 301 as to another Defendant. Any allegations set forth in Paragraph 301 as to these answering Defendants are denied.

302. These answering Defendants neither admit nor deny allegations set forth in Paragraph 302 as to another Defendant. Any allegations set forth in Paragraph 302 as to these answering Defendants are denied.

303. These answering Defendants neither admit nor deny allegations set forth in Paragraph 303 as to another Defendant. Any allegations set forth in Paragraph 303 as to these answering Defendants are denied.

304. Defendants incorporate by reference their responses to Paragraphs 1 through 303 of Plaintiffs' Complaint as if fully restated herein.

305. These answering Defendants neither admit nor deny allegations set forth in Paragraph 305 as to another Defendant. Any allegations set forth in Paragraph 305 as to these answering Defendants are denied.

306. These answering Defendants neither admit nor deny allegations set forth in Paragraph 306 as to another Defendant. Any allegations set forth in Paragraph 306 as to these answering Defendants are denied.

307. These answering Defendants neither admit nor deny allegations set forth in Paragraph 307 as to another Defendant. Any allegations set forth in Paragraph 307 as to these answering Defendants are denied.

308. These answering Defendants neither admit nor deny allegations set forth in Paragraph 308 as to another Defendant. Any allegations set forth in Paragraph 308 as to these answering Defendants are denied.

309. These answering Defendants neither admit nor deny allegations set forth in Paragraph 309 as to another Defendant. Any allegations set forth in Paragraph 309 as to these answering Defendants are denied.

310. These answering Defendants neither admit nor deny allegations set forth in Paragraph 310 as to another Defendant. Any allegations set forth in Paragraph 310 as to these answering Defendants are denied.

311. These answering Defendants neither admit nor deny allegations set forth in Paragraph 311 as to another Defendant. Any allegations set forth in Paragraph 311 as to these answering Defendants are denied.

312. These answering Defendants neither admit nor deny allegations set forth in Paragraph 312 as to another Defendant. Any allegations set forth in Paragraph 312 as to these answering Defendants are denied.

313. These answering Defendants neither admit nor deny allegations set forth in Paragraph 313 as to another Defendant. Any allegations set forth in Paragraph 313 as to these answering Defendants are denied.

314. These answering Defendants neither admit nor deny allegations set forth in Paragraph 314 as to another Defendant. Any allegations set forth in Paragraph 314 as to these answering Defendants are denied.

315. These answering Defendants neither admit nor deny allegations set forth in Paragraph 315 as to another Defendant. Any allegations set forth in Paragraph 315 as to these answering Defendants are denied.

316. These answering Defendants neither admit nor deny allegations set forth in Paragraph 316 as to another Defendant. Any allegations set forth in Paragraph 316 as to these answering Defendants are denied.

317. These answering Defendants neither admit nor deny allegations set forth in Paragraph 317 as to another Defendant. Any allegations set forth in Paragraph 317 as to these answering Defendants are denied.

318. These answering Defendants neither admit nor deny allegations set forth in Paragraph 318 as to another Defendant. Any allegations set forth in Paragraph 318 as to these answering Defendants are denied.

319. These answering Defendants neither admit nor deny allegations set forth in Paragraph 319 as to another Defendant. Any allegations set forth in Paragraph 319 as to these answering Defendants are denied.

320. Defendants incorporate by reference their responses to Paragraphs 1 through 319 of Plaintiffs' Complaint as if fully restated herein.

321. Defendants deny the allegations set forth in Paragraph 321 of Plaintiffs' Complaint.

322. Defendants deny the allegations set forth in Paragraph 322 of Plaintiffs' Complaint.

323. Defendants deny the allegations set forth in Paragraph 323 of Plaintiffs' Complaint.

324. Defendants deny the allegations set forth in Paragraph 324 of Plaintiffs' Complaint.

325. Defendants deny the allegations set forth in Paragraph 325 of Plaintiffs' Complaint.

326. Defendants deny the allegations set forth in Paragraph 326 of Plaintiffs' Complaint.

327. Defendants deny the allegations set forth in Paragraph 327 of Plaintiffs' Complaint.

328. Defendants deny the allegations set forth in Paragraph 328 of Plaintiffs' Complaint due to the vagueness of the allegations.

329. Defendants deny the allegations set forth in Paragraph 329 of Plaintiffs' Complaint.

330. Defendants deny the allegations set forth in Paragraph 330 of Plaintiffs' Complaint.

331. Defendants deny the allegations set forth in Paragraph 331 of Plaintiffs' Complaint.

332. Defendants deny the allegations set forth in Paragraph 332 of Plaintiffs' Complaint.

333. Defendants deny the allegations set forth in Paragraph 333 of Plaintiffs' Complaint.

334. Defendants deny the allegations set forth in Paragraph 334 of Plaintiffs' Complaint.

335. Defendants deny the allegations set forth in Paragraph 335 of Plaintiffs' Complaint.

336. Defendants deny the allegations set forth in Paragraph 336 of Plaintiffs' Complaint.

337. Defendants deny the allegations set forth in Paragraph 337 of Plaintiffs' Complaint.

338. Defendants deny the allegations set forth in Paragraph 338 of Plaintiffs' Complaint.

339. Defendants deny the allegations set forth in Paragraph 339 of Plaintiffs' Complaint.

340. Defendants deny for lack of knowledge the allegations set forth in Paragraph 340 of Plaintiffs' Complaint.

**CLAIM 2**
**SURVIVAL CLAIM: NEGLIGENCE**

341. Defendants incorporate by reference their responses to Paragraphs 1 through 340 of Plaintiffs' Complaint as if fully restated herein.

342. These answering Defendants neither admit nor deny allegations set forth in Paragraph 342 as to another Defendant. Any allegations set forth in Paragraph 342 as to these answering Defendants are denied.

343. These answering Defendants neither admit nor deny allegations set forth in Paragraph 343 as to another Defendant. Any allegations set forth in Paragraph 343 as to these answering Defendants are denied.

344. These answering Defendants neither admit nor deny allegations set forth in Paragraph 344 as to another Defendant. Any allegations set forth in Paragraph 344 as to these answering Defendants are denied.

345. These answering Defendants neither admit nor deny allegations set forth in Paragraph 345 as to another Defendant. Any allegations set forth in Paragraph 345 as to these answering Defendants are denied.

346. These answering Defendants neither admit nor deny allegations set forth in Paragraph 346 as to another Defendant. Any allegations set forth in Paragraph 346 as to these answering Defendants are denied.

347. Defendants incorporate by reference their responses to Paragraphs 1 through 346 of Plaintiffs' Complaint as if fully restated herein.

348. These answering Defendants neither admit nor deny allegations set forth in Paragraph 348 as to another Defendant. Any allegations set forth in Paragraph 348 as to these answering Defendants are denied.

349. These answering Defendants neither admit nor deny allegations set forth in Paragraph 349 as to another Defendant. Any allegations set forth in Paragraph 349 as to these answering Defendants are denied.

350. These answering Defendants neither admit nor deny allegations set forth in Paragraph 350 as to another Defendant. Any allegations set forth in Paragraph 350 as to these answering Defendants are denied.

351. These answering Defendants neither admit nor deny allegations set forth in Paragraph 351 as to another Defendant. Any allegations set forth in Paragraph 351 as to these answering Defendants are denied.

352. These answering Defendants neither admit nor deny allegations set forth in Paragraph 352 as to another Defendant. Any allegations set forth in Paragraph 352 as to these answering Defendants are denied.

353. Defendants incorporate by reference their responses to Paragraphs 1 through 352 of Plaintiffs' Complaint as if fully restated herein.

354. Defendants admit Summit Psychological Associates employed Ruthann Paulus-Bland for the duration of Mr. Butcher's 2020 incarceration; admit Ms. Paulus-Bland acted in the course and scope of her employment at all times when interacting with Mr. Butcher; but deny the remaining allegations set forth in Paragraph 354 of Plaintiffs' Complaint.

355. Defendants deny the allegations set forth in Paragraph 355 of Plaintiffs' Complaint.

356. Defendants deny the allegations set forth in Paragraph 356 of Plaintiffs' Complaint.

357. Defendants deny the allegations set forth in Paragraph 357 of Plaintiffs' Complaint.

358. Defendants deny the allegations set forth in Paragraph 358 of Plaintiffs' Complaint.

359. Defendants incorporate by reference their responses to Paragraphs 1 through 358 of Plaintiffs' Complaint as if fully restated herein.

360. Defendants admit Ms. Giglio was a psychology intern who was working for Summit Psychological Associates on October 12, 2020; admit Ms. Giglio saw Mr. Butcher without a licensed psychologist present; but deny the remaining allegations set forth in Paragraph 360 of Plaintiffs' Complaint due to the vagueness of the allegations.

361. Defendants deny the allegations set forth in Paragraph 361 of Plaintiffs' Complaint.

362. Defendants deny the allegations set forth in Paragraph 362 of Plaintiffs' Complaint.

363. Defendants deny the allegations set forth in Paragraph 363 of Plaintiffs' Complaint.

364. Defendants deny the allegations set forth in Paragraph 364 of Plaintiffs' Complaint.

365. Defendants deny the allegations set forth in Paragraph 365 of Plaintiffs' Complaint due to the vagueness of the allegations.

366. Defendants deny the allegations set forth in Paragraph 366 of Plaintiffs' Complaint.

367. Defendants deny the allegations set forth in Paragraph 367 of Plaintiffs' Complaint.

368. Defendants deny the allegations set forth in Paragraph 368 of Plaintiffs' Complaint.

369. Defendants deny the allegations set forth in Paragraph 369 of Plaintiffs' Complaint.

## CLAIM 3
## SURVIVAL CLAIM: NEGLIGENT FAILURE TO PROTECT

370. Defendants incorporate by reference their responses to Paragraphs 1 through 369 of Plaintiffs' Complaint as if fully restated herein.

371. These answering Defendants neither admit nor deny allegations set forth in Paragraph 371 as to another Defendant. Any allegations set forth in Paragraph 371 as to these answering Defendants are denied.

372. These answering Defendants neither admit nor deny allegations set forth in Paragraph 372 as to another Defendant. Any allegations set forth in Paragraph 372 as to these answering Defendants are denied.

373. These answering Defendants neither admit nor deny allegations set forth in Paragraph 373 as to another Defendant. Any allegations set forth in Paragraph 373 as to these answering Defendants are denied.

374. These answering Defendants neither admit nor deny allegations set forth in Paragraph 374 as to another Defendant. Any allegations set forth in Paragraph 374 as to these answering Defendants are denied.

375. These answering Defendants neither admit nor deny allegations set forth in Paragraph 375 as to another Defendant. Any allegations set forth in Paragraph 375 as to these answering Defendants are denied.

376. These answering Defendants neither admit nor deny allegations set forth in Paragraph 376 as to another Defendant. Any allegations set forth in Paragraph 376 as to these answering Defendants are denied.

377. These answering Defendants neither admit nor deny allegations set forth in Paragraph 377 as to another Defendant. Any allegations set forth in Paragraph 377 as to these answering Defendants are denied.

378. These answering Defendants neither admit nor deny allegations set forth in Paragraph 378 as to another Defendant. Any allegations set forth in Paragraph 378 as to these answering Defendants are denied.

379. These answering Defendants neither admit nor deny allegations set forth in Paragraph 379 as to another Defendant. Any allegations set forth in Paragraph 379 as to these answering Defendants are denied.

## CLAIM 4
## FOURTEENTH AND/OR EIGHTH AMENDMENT VIOLATION UNDER 42 U.S.C. § 1983 FOR FAILURE TO PROTECT

380. Defendants incorporate by reference their responses to Paragraphs 1 through 379 of Plaintiffs' Complaint as if fully restated herein.

381. These answering Defendants neither admit nor deny allegations set forth in Paragraph 381 as to another Defendant. Any allegations set forth in Paragraph 381 as to these answering Defendants are denied.

382. These answering Defendants neither admit nor deny allegations set forth in Paragraph 382 as to another Defendant. Any allegations set forth in Paragraph 382 as to these answering Defendants are denied.

383. These answering Defendants neither admit nor deny allegations set forth in Paragraph 383 as to another Defendant. Any allegations set forth in Paragraph 383 as to these answering Defendants are denied.

384. These answering Defendants neither admit nor deny allegations set forth in Paragraph 384 as to another Defendant. Any allegations set forth in Paragraph 384 as to these answering Defendants are denied.

385. These answering Defendants neither admit nor deny allegations set forth in Paragraph 385 as to another Defendant. Any allegations set forth in Paragraph 385 as to these answering Defendants are denied.

386. These answering Defendants neither admit nor deny allegations set forth in Paragraph 386 as to another Defendant. Any allegations set forth in Paragraph 386 as to these answering Defendants are denied.

387. These answering Defendants neither admit nor deny allegations set forth in Paragraph 387 as to another Defendant. Any allegations set forth in Paragraph 387 as to these answering Defendants are denied.

388. These answering Defendants neither admit nor deny allegations set forth in Paragraph 388 as to another Defendant. Any allegations set forth in Paragraph 388 as to these answering Defendants are denied.

389. These answering Defendants neither admit nor deny allegations set forth in Paragraph 389 as to another Defendant. Any allegations set forth in Paragraph 389 as to these answering Defendants are denied.

390. These answering Defendants neither admit nor deny allegations set forth in Paragraph 390 as to another Defendant. Any allegations set forth in Paragraph 390 as to these answering Defendants are denied.

391. These answering Defendants neither admit nor deny allegations set forth in Paragraph 391 as to another Defendant. Any allegations set forth in Paragraph 391 as to these answering Defendants are denied.

392. These answering Defendants neither admit nor deny allegations set forth in Paragraph 392 as to another Defendant. Any allegations set forth in Paragraph 392 as to these answering Defendants are denied.

393. These answering Defendants neither admit nor deny allegations set forth in Paragraph 393 as to another Defendant. Any allegations set forth in Paragraph 393 as to these answering Defendants are denied.

## CLAIM 5
## EIGHTH AND FOURTEENTH AMENDMENT VIOLATION UNDER 42 U.S.C. § 1983 FOR DELIBERATE INDIFFERENCE TO PATRICK BUTCHER'S SERIOUS MEDICAL AND PSYCHIATRIC NEEDS

394. Defendants incorporate by reference their responses to Paragraphs 1 through 393 of Plaintiffs' Complaint as if fully restated herein.

395. Defendants deny for lack of knowledge the allegations set forth in Paragraph 395 of Plaintiffs' Complaint.

396. Defendants deny for lack of knowledge the allegations set forth in Paragraph 396 of Plaintiffs' Complaint.

397. Defendants deny for lack of knowledge the allegations set forth in Paragraph 397 of Plaintiffs' Complaint.

398. Defendants deny for lack of knowledge the allegations set forth in Paragraph 398 of Plaintiffs' Complaint.

399. Defendants deny the allegations set forth in Paragraph 399 of Plaintiffs' Complaint.

400. Defendants deny for lack of knowledge the allegations set forth in Paragraph 400 of Plaintiffs' Complaint.

401. Defendants deny for lack of knowledge the allegations set forth in Paragraph 401 of Plaintiffs' Complaint.

402. These answering Defendants neither admit nor deny allegations set forth in Paragraph 402 as to another Defendant. Any allegations set forth in Paragraph 402 as to these answering Defendants are denied.

403. These answering Defendants neither admit nor deny allegations set forth in Paragraph 403 as to another Defendant. Any allegations set forth in Paragraph 403 as to these answering Defendants are denied.

404. These answering Defendants neither admit nor deny allegations set forth in Paragraph 404 as to another Defendant. Any allegations set forth in Paragraph 404 as to these answering Defendants are denied.

405. These answering Defendants neither admit nor deny allegations set forth in Paragraph 405 as to another Defendant. Any allegations set forth in Paragraph 405 as to these answering Defendants are denied.

406. These answering Defendants neither admit nor deny allegations set forth in Paragraph 406 as to another Defendant. Any allegations set forth in Paragraph 406 as to these answering Defendants are denied.

407. These answering Defendants neither admit nor deny allegations set forth in Paragraph 407 as to another Defendant. Any allegations set forth in Paragraph 407 as to these answering Defendants are denied.

408. These answering Defendants neither admit nor deny allegations set forth in Paragraph 408 as to another Defendant. Any allegations set forth in Paragraph 408 as to these answering Defendants are denied.

409. These answering Defendants neither admit nor deny allegations set forth in Paragraph 409 as to another Defendant. Any allegations set forth in Paragraph 409 as to these answering Defendants are denied.

**CLAIM 6**

**EIGHTH AND FOURTEENTH AMENDMENT VIOLATION UNDER 42 U.S.C. § 1983 FOR A DELIBERATELY INDIFFERENT FAILURE TO TRAIN AND SUPERVISE CORRECTIONS OFFICERS WITH THE JAIL REGARIDNG THE LEGITIMATE MEDICAL NEEDS OF INMATES WITH SERIOUS MENTAL ILLNESSES AND/OR A CUSTOM OR POLICY OF DELIBERATE INDIFFERENCE TO THE LEGITIMATE MEDICAL NEEDS OF INMATES WITH SERIOUS MENTAL ILLNESSES**

410. Defendants incorporate by reference their responses to Paragraphs 1 through 409 of Plaintiffs' Complaint as if fully restated herein.

411. These answering Defendants neither admit nor deny allegations set forth in Paragraph 411 as to another Defendant. Any allegations set forth in Paragraph 411 as to these answering Defendants are denied.

412. These answering Defendants neither admit nor deny allegations set forth in Paragraph 412 as to another Defendant. Any allegations set forth in Paragraph 412 as to these answering Defendants are denied.

413. These answering Defendants neither admit nor deny allegations set forth in Paragraph 413 as to another Defendant. Any allegations set forth in Paragraph 413 as to these answering Defendants are denied.

414. These answering Defendants neither admit nor deny allegations set forth in Paragraph 414 as to another Defendant. Any allegations set forth in Paragraph 414 as to these answering Defendants are denied.

415. These answering Defendants neither admit nor deny allegations set forth in Paragraph 415 as to another Defendant. Any allegations set forth in Paragraph 415 as to these answering Defendants are denied.

416. These answering Defendants neither admit nor deny allegations set forth in Paragraph 416 as to another Defendant. Any allegations set forth in Paragraph 416 as to these answering Defendants are denied.

417. These answering Defendants neither admit nor deny allegations set forth in Paragraph 417 as to another Defendant. Any allegations set forth in Paragraph 417 as to these answering Defendants are denied.

418. Defendants deny for lack of knowledge the allegations set forth in Paragraph 418 of Plaintiffs' Complaint.

419. Defendants deny for lack of knowledge the allegations set forth in Paragraph 419 of Plaintiffs' Complaint.

420. These answering Defendants neither admit nor deny allegations set forth in Paragraph 420 as to another Defendant. Any allegations set forth in Paragraph 420 as to these answering Defendants are denied.

421. These answering Defendants neither admit nor deny allegations set forth in Paragraph 421 as to another Defendant. Any allegations set forth in Paragraph 421 as to these answering Defendants are denied.

422. These answering Defendants neither admit nor deny allegations set forth in Paragraph 422 as to another Defendant. Any allegations set forth in Paragraph 422 as to these answering Defendants are denied.

423. These answering Defendants neither admit nor deny allegations set forth in Paragraph 423 as to another Defendant. Any allegations set forth in Paragraph 423 as to these answering Defendants are denied.

424. These answering Defendants neither admit nor deny allegations set forth in Paragraph 424 as to another Defendant. Any allegations set forth in Paragraph 424 as to these answering Defendants are denied.

425. These answering Defendants neither admit nor deny allegations set forth in Paragraph 425 as to another Defendant. Any allegations set forth in Paragraph 425 as to these answering Defendants are denied.

426. These answering Defendants neither admit nor deny allegations set forth in Paragraph 426 as to another Defendant. Any allegations set forth in Paragraph 426 as to these answering Defendants are denied.

427. These answering Defendants neither admit nor deny allegations set forth in Paragraph 427 as to another Defendant. Any allegations set forth in Paragraph 427 as to these answering Defendants are denied.

428. Defendants deny for lack of knowledge the allegations set forth in Paragraph 428 of Plaintiffs' Complaint.

429. Defendants deny for lack of knowledge the allegations set forth in Paragraph 429 of Plaintiffs' Complaint.

430. Defendants deny for lack of knowledge the allegations set forth in Paragraph 430 of Plaintiffs' Complaint.

431. Defendants deny for lack of knowledge the allegations set forth in Paragraph 431 of Plaintiffs' Complaint.

432. Defendants deny for lack of knowledge the allegations set forth in Paragraph 432 of Plaintiffs' Complaint.

433. Defendants deny for lack of knowledge the allegations set forth in Paragraph 433 of Plaintiffs' Complaint.

**CLAIM 7**

**EIGHTH AND FOURTEENTH AMENDMENT VIOLATION UNDER 42 U.S.C. § 1983 FOR A CUSTOM OF DELIBERATE INDIFFERENCE TO INCARCERATED PEOPLE'S SERIOUS PSYCHIATRIC NEEDS AND FAILURE TO TRAIN EMPLOYEES REGARDING SERIOUS PSYCHIATRIC NEEDS**

434. Defendants incorporate by reference their responses to Paragraphs 1 through 433 of Plaintiffs' Complaint as if fully restated herein.

435. Defendants deny for lack of knowledge the allegations set forth in Paragraph 435 of Plaintiffs' Complaint.

436. Defendants deny for lack of knowledge the allegations set forth in Paragraph 436 of Plaintiffs' Complaint.

437. Defendants deny the allegations set forth in Paragraph 437 of Plaintiffs' Complaint.

438. Defendants deny the allegations set forth in Paragraph 438 of Plaintiffs' Complaint.

439. Defendants deny the allegations set forth in Paragraph 439 of Plaintiffs' Complaint.

440. Defendants deny the allegations set forth in Paragraph 440 of Plaintiffs' Complaint.

441. Defendants deny the allegations set forth in Paragraph 441 of Plaintiffs' Complaint due to lack of knowledge and/or because the allegations are untrue.

442. Defendants deny the allegations set forth in Paragraph 442 of Plaintiffs' Complaint.

443. Defendants deny the allegations set forth in Paragraph 443 of Plaintiffs' Complaint.

444. Defendants deny the allegations set forth in Paragraph 444 of Plaintiffs' Complaint.

445. Defendants deny the allegations set forth in Paragraph 445 of Plaintiffs' Complaint.

446. Defendants deny the allegations set forth in Paragraph 446 of Plaintiffs' Complaint.

447. Defendants deny the allegations set forth in Paragraph 447 of Plaintiffs' Complaint.

Defendants deny any remaining and/or non-enumerated allegations set forth in Plaintiffs' Complaint that Defendants did not specifically address above.

**AFFIRMATIVE DEFENSES**

1. Any allegation not specifically admitted herein is denied.

2. Plaintiffs' Complaint fails to state a claim upon which relief can be granted in some or all respects pursuant to Fed. Civ. R. 12(b)(6).

3. Estoppel.

4. These Defendants submit that they are entitled to all rights and benefits provided by the rule of common law or statutory immunity, including absolute and qualified good faith immunity.

5. These Defendants are entitled to all immunities, privileges, defenses, damage limitations, damage set offs and other benefits provided by Ohio and Federal statutory and common law, including O.R.C. § 2744.

6. The County and the Defendants associated with the County and sued in their official capacities are immune from any award of punitive damages in this matter.

7. If Plaintiff suffered any injuries or damages, which matters are specifically denied, then said injuries or damages were solely and proximately caused by the acts or omissions of Plaintiff or person or entities over whom these Defendants bear no legal responsibility, had no control, no right to control, no duty to control and in fact did not control, and therefore, Plaintiffs cannot recover from Defendants.

8. These Defendants submit that no defendants' policy, custom or practice proximately caused any injuries to Plaintiff or deprived him of a constitutional right.

9. These Defendants submit that it and its employees at all times acted in good faith and that they were not at any time deliberately indifferent to the rights of the Plaintiff.

10. These Defendants submit that Plaintiffs' claims do not rise to the level of a constitutional tort.

11. Plaintiffs have failed to exhaust administrative remedies and/or prison grievance procedures.

12. These Defendants submit that punitive damages are not applicable and should not be available to the Plaintiffs in this matter.

13. Some or all of Plaintiffs' claims are barred by the statute of limitations applicable to those claims.

14. Failure of service and service of process upon all of these Defendants to this Answer other than Summit Psychological Associates.

15. Failure to join a necessary or indispensable party.

16. Lack of jurisdiction due to the failure to provide statutorily required Affidavit of Merit, and otherwise fails to comply with Ohio Civil Rule 10(D).

17. Waiver.

18. Defendants submit that they and their employees at all times acted in good faith and that they were not at any time deliberately indifferent to the rights of the Plaintiff.

19. Laches.

20. One or more of Plaintiffs' claims are barred by the applicable statute of repose set forth in O.R.C. § 2305.113.

21. The injuries to Plaintiffs were as a consequence of Plaintiffs expressly or impliedly assuming the risk of those injuries and damages and therefore Defendants are released from any liability to Plaintiff and the claims set forth by Plaintiffs in the Complaint are barred.

22. The injuries of Plaintiffs are attributable to one or more persons from whom the Plaintiffs did not seek recovery in this action.

23. Although Defendants specifically deny any liability to the Plaintiffs, Defendants affirmatively state that the injuries and damages of Plaintiffs as described by Plaintiffs in the Complaint were proximately caused by the intervening and superseding negligence and/or other tortious conduct of another person and/or entity and therefore, Plaintiffs cannot recover from Defendants.

24. Plaintiffs was comparatively negligent with regard to the injuries and damages of Plaintiffs as described by Plaintiff in the Complaint; accordingly, Plaintiffs are either barred from recovery against Defendants or any recovery obtained by Plaintiffs against Defendants must be reduced by an amount to be determined by the trier of fact.

25. Plaintiffs failed to minimize or mitigate damages and injuries claimed to have been suffered as a result of the event at issue; accordingly, any recovery by Plaintiffs against Defendants is either barred from recovery against Defendants or any recovery obtained by Plaintiffs against Defendants must be reduced by an amount to be determined by the trier of fact.

26. Plaintiffs lack a reasonable good faith basis upon which to bring a medical claim against Defendants thereby entitling Defendants to an award of attorneys' fees and costs against Plaintiffs as provided by O.R.C. § 2323.42.

27. One or several of the claims set forth for damages by Plaintiffs in the Complaint are subject to the limits on certain types of damages and this Court is without jurisdiction to enter judgment for Plaintiffs beyond the limitations set forth in R.C. § 2323.43.

28. One or more of the claims expressly or impliedly set forth by Plaintiffs in the Complaint was not brought in the name of the real party in interest pursuant to Fed. Civ.R. 17(a).

29. Defendants are entitled to a set-off from any verdict or judgment entered against them, of any amount paid to Plaintiffs by any other person or entity, pursuant to R.C. 2307.28.

30. Defendants are entitled to an apportionment of liability to other parties and non-parties to this action pursuant to R.C. 2307.23.

31. Plaintiffs' claims are barred and/or limited by Ohio Tort Reform Legislation.

32. Plaintiffs' Complaint is subject to the limitations set forth and SB281, SB120 and SB179 and corresponding revised code sections.

33. Plaintiffs lack the capacity to sue.

34. Plaintiffs lack standing to sue.

35. There is no subject matter jurisdiction for one or more of the claims.

36. Some or all of the Plaintiffs' claims for future medical care if any are limited by the patient protection and Affordable Care Act, 42 USC §18001 et seq. and/or applicable case law.

37. Defendants expressly preserve and do not knowingly or intentionally waive any of the other affirmative defenses set forth in Rule 8 and Rule 12 of the Federal Rules of Civil Procedure or under applicable law, which discovery may reveal to be applicable, or any other matter constituting an avoidance or affirmative defense.

38. Defendants reserve the right to assert additional defenses as they may arise during the course of discovery and further reserve the right to amend and/or supplement this Answer as

necessary in accordance with the Federal Rules of Civil Procedure and/or any applicable Scheduling Order entered by the Court.

**WHEREFORE,** Defendants, Summit Psychological Associates, Ruthann Paulus-Bland and Jamie Giglio demand that Plaintiffs' Complaint be dismissed with prejudice at Plaintiffs' costs and that Defendants be allowed to go henceforth without delay.

Respectfully submitted,

/s/ Brian T. Gannon

Brian T. Gannon (0077442)
Jonathan H. Krol (0088102)
Reminger Co., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, Ohio 44115
P: (216) 687-1841 | F: (216) 687-1841
bgannon@reminger.com
jkrol@reminger.com

*Attorneys for Defendants Summit Psychological Associates, Ruthann Paulus-Bland and Jamie Giglio*

**JURY DEMAND**

Trial by jury of the maximum number of jurists permitted is requested.

/s/ Brian T. Gannon

Brian T. Gannon (0077442)
Jonathan H. Krol (0088102)

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022, a copy of the foregoing *Defendants' Answer to Plaintiffs' Complaint* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties can access this document through the Court's system.

/s/ Brian T. Gannon

Brian T. Gannon (0077442)
Jonathan H. Krol (0088102)
Reminger Co., L.P.A.