IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TERRY DEVOS, ET AL.,**<br>    *Plaintiffs,*<br>  v.<br>**MICHAEL DEMARCO, ET AL.,**<br>    *Defendants.* | Judge J. Philip Calabrese<br><br>Case No. 1:22-cv-01560-JPC-TMP |
| **JOINT STATUS REPORT** ||

Now come the parties who hereby inform the Court that all parties and their representatives have agreed to mediate this case before Michael N. Ungar on November 19, 2024. The parties will provide an update the Court following the mediation.

Dated: September 30, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Brian J. Perkins*<br>BRIAN J. PERKINS (Pro Hac Vice)<br>**PEIFFER, WOLF, CARR, KANE**<br>  **CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA  94111<br>P. (312) 374-8261<br>Email:  bperkins@peifferwolf.com<br><br>*Counsel for Plaintiffs* | /s/ James A. Climer<br>JAMES A. CLIMER (0001532)<br>**Mazanec, Raskin & Ryder Co., L.P.A.**<br>100 Franklin's Row<br>34305 Solon Road<br>Cleveland, Ohio 44139<br>P. (440) 248-7906<br>Email: jclimer@mrrlaw.com<br><br>*Counsel for Defendants MichaelDeMarco, Eric Fedrick-Finn, and Summit County* |

/s/ Jonathan H. Krol
JONATHAN H. KROL (0088102)
**Reminger Co., L.P.A.**
101 West Prospect Avenue, Ste 1400
Cleveland, Ohio 44115
P: (216) 687-1841
Email: jkrol@reminger.com

*Counsel for Defendants Ruthann Paulus-Bland, Jamie Giglio, and Summit Psychological Associates*