IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DeVOS, ADMINISTRATRIX OF THE ESTATE OF PATRICK BUTCHER, et al., | ) ) ) ) | CASE NO. 1:22-cv-01560 |
| | ) | JUDGE J. PHILIP CALABRESE |
| Plaintiffs, | ) ) | |
| | ) | **JOINT PROPOSED SCHEDULE** |
| vs. | ) ) | |
| MICHAEL DeMARCO, et al., | ) ) | |
| Defendants. | ) ) ) | |

Now come the Plaintiff and Defendants Summit Psychological Associates, Ruthann Paulus-Bland, and Jamie Giglio, and pursuant to this Court's January 10, 2025 Order, jointly submit the following proposed case management schedule through dispositive motion briefing:

February 28, 2025 – Fact discovery deadline for damages/family witnesses[1];

March 28, 2025 – Plaintiff expert reports deadline;

May 30, 2025 – Defense expert reports deadline;

June 27, 2025 – Expert Discovery deadline;

July 25, 2025 – Summary Judgment deadline (with 30 days for Opposition and 14 days for Reply briefs).

The parties met and conferred regarding this proposed schedule and believe it provides sufficient time to complete the remaining depositions not completed by agreement prior to the mediation.

//

---

[1] The Parties agree to work cooperatively to schedule these depositions.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian J. Perkins* | */s/ Jonathan H. Krol (via consent)* |
| BRIAN J. PERKINS (*Pro Hac Vice*) | Brian T. Gannon (0077442) |
| **PEIFFER, WOLF, CARR, KANE CONWAY & WISE, LLP** | Jonathan H. Krol (0088102) |
| | Reminger Co., L.P.A. |
| 555 Montgomery Street, Suite 820 | 200 Public Square, Suite 1200 |
| San Francisco, CA 94111 | Cleveland, Ohio 44114 |
| P. (312) 374-8261 | P: (216) 687-1841 \| F: (216) 687-1841 |
| F. (415) 840-9435 | bgannon@reminger.com |
| Email: bperkins@peifferwolf.com | jkrol@reminger.com |
| *Counsel for Plaintiffs Terry DeVos, as Administratrix of Estate of Patrick Butcher, and Shelby Butcher, as Natural Mother and Guardian of B.B., Sole Surviving Child of Patrick Butcher* | *Attorneys for Defendants Summit Psychological Associates, Ruthann Paulus-Bland and Jamie Giglio* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties can access this document through the Court's system.

*/s/ Brian J. Perkins*
Brian J. Perkins (*Pro Hac Vice*)
Peiffer Wolf Carr Kane Conway & Wise, LLP