UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DEVOS, ADMINISTRATRIX OF THE ESTATE OF PATRICK BUTCHER, et al., | ) ) ) | CASE NO.:  1:22-CV-01560 |
| | ) | JUDGE:  J. PHILIP CALABRESE |
| Plaintiffs, | ) ) | |
| | ) | **JOINT STATUS REPORT** |
| vs. | ) ) | |
| MICHAEL DEMARCO, et al., | ) ) | |
| Defendant | ) | |

Now come the parties who hereby provide the following update to the Court regarding the status of the settlement. Plaintiff continues to work with probate counsel regarding the last steps for approval. Plaintiff's portion of the settlement is being distributed entirely through structured settlements, and there have been several additional steps to finalize the distributions and related documents. Plaintiff expects to finalize the settlement in the next month. The parties can provide the Court with an updated status report on or before July 10, 2026.

Respectfully submitted,

<table>
<tr><td>

*/s/      Brian J. Perkins*
BRIAN J. PERKINS (Pro Hac Vice)
**PEIFFER, WOLF, CARR, KANE
  CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA  94111
P. (312) 374-8261
F. (415) 840-9435
Email:  bperkins@peifferwolf.com

</td><td>

/s/      *John D. Pinzone*
JOHN D. PINZONE (0075279)
**Mazanec, Raskin & Ryder Co., L.P.A.**
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
P. (440) 248-7906
F. (440) 248-8861
Email: jpinzone@mrrlaw.com

</td></tr>
</table>

*Counsel for Plaintiffs Terry DeVos, as Administratrix of Estate of Patrick Butcher, and Shelby Butcher, as Natural Mother and Guardian of B.B., Sole Surviving Child of Patrick Butcher*

*Counsel for Defendants Michael DeMarco, Eric Fedrick-Finn, and Summit County*

/s/     *Jonathan H. Krol*
JONATHAN H. KROL (0088102)
**Reminger Co., L.P.A.**
101 West Prospect Avenue, Suite 1400
Cleveland, Ohio 44115
P: (216) 687-1841
F: (216) 687-1841
Email: jkrol@reminger.com

*Counsel for Defendants Ruthann Paulus-Bland, Jamie Giglio, and Summit Psychological Associates*

2