### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| John Thomas, Administrator of the Estate of Patrick Butcher, *et. al.* | ) ) ) |
| *Plaintiffs,* | ) ) Case No.: 1:22-CV-01560 |
| vs. | ) Judge J. Philip Calabrese |
| Michael DeMarco, *et al.,* | ) ) |
| *Defendants.* | ) ) |

### Joint Status Report

The parties provide the following update to the Court regarding the status of the settlement. Plaintiff's Application to Approve Settlement and Distribution of Wrongful Death Claim is pending before the Summit County Probate Court, in accordance with Ohio Rev. Code §§ 2117.05 and 2125.02.

The probate court will set a hearing date for the settlement approval. The parties request that the Court direct them to file an updated status report once the probate court sets the hearing date.

Dated: July 24, 2026

/s/ *Ashlie Case Sletvold*
Ashlie Case Sletvold
**PEIFFER WOLF, CARR, KANE
  CONWAY & WISE, LLP**
6370 SOM Center Road, Suite 108
Cleveland, OH 44139
216-589-9280
asletvold@peifferwolf.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ *John D. Pinzone (per consent)*
John D. Pinzone
**Mazanec, Raskin & Ryder Co., LPA**
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
jpinzone@mrrlaw.com

*Counsel for Defendants DeMarco, Fedrick-Finn, and Summit County*

/s/ *Jonathan H. Krol (per consent)*
Jonathan H. Krol
**Reminger Co., LPA**
101 West Prospect Avenue, Suite 1400
Cleveland, Ohio 44115
(216) 687-1841
jkrol@reminger.com

*Counsel for Defendants Paulus-Bland, Giglio, and Summit Psychological Associates*